IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MIRANDA RIGSBY,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, INC.,
*d/b/a HRRG*,

    Defendant.

CIVIL ACTION NO.
1:23-cv-00239-SCJ-RDC

## **ORDER**

Defendant has moved to extend the deadline to respond to Plaintiff's complaint from March 20, 2023 through April 3, 2023. (Doc. 4). This is Defendant's first such extension request, and Plaintiff does not object. Upon due consideration, the motion is **GRANTED**. Defendant shall file an answer or otherwise respond to Plaintiff's complaint on or before **April 3, 2023**.

IT IS SO **ORDERED** on this 21st day of March 2023.

_____
REGINA D. CANNON
United States Magistrate Judge