IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIRANDA RIGSBY,<br><br>      Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE<br>RECOVERY GROUP, INC.,<br>d/b/a HRRG,<br><br>      Defendant. | CIVIL ACTION FILE NO.<br>1:23-CV-0239-SCJ-RDC |

## **O R D E R**

Counsel for Plaintiff having filed Notice [Doc. 6] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 4th day of April, 2023.

                                                  s/Steve C. Jones
                                                  STEVE C. JONES
                                                  UNITED STATES DISTRICT JUDGE